Appellee's motion for leave to file a response to Appellant's motion out of time, it is ordered that Appellant's motion for leave to file the petition for grant of review out of time is hereby denied, and that Appellee's motion for leave to file a response to Appellant's motion out of time is hereby denied as moot.

No. 14–0505/AR. U.S. v. Martin L. Carroll. CCA 20111158. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including May 14, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0554/AR. U.S. v. Benjamin R. Wada. CCA 20120457. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 19, 2014.

No. 14–5007/AF. United States, Appellant and Cross–Appellee v. Steven S. Morita, Appellee and Cross–Appellant. CCA 37838. On consideration of Appellee/Cross–Appellant's motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is granted to May 19, 2014.

No. 14–02. In the Matter of Stephen G. Merrill. In a reciprocal order based upon the actions of the Supreme Court of Alaska and the United States Court of Appeals for the Fourth Circuit, this Court suspended the above-named attorney indefinitely from the practice of law before the Court on January 6, 2014, with the provision that should he be reinstated to practice law by the Supreme Court of Alaska and the United States Court of Appeals for the Fourth Circuit, he would be allowed to petition this Court for reinstatement to the Bar of the Court. On April 21, 2014, this Court received a letter from said attorney requesting reinstatement to this Court's Bar, along with a copy of an order of reinstatement to the practice of law from the Supreme Court of Alaska. On April 22, 2014, this Court also received an order of reinstatement from the United States Court of Appeals for the Fourth Circuit. Having met the conditions for reinstatement, it is ordered that Stephen G. Merrill is hereby reinstated to the practice of law before the Court, effective this date.